UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL L. DATTA,
      Plaintiff,

     v.                                   Case No. 05C1057

KATHY JESS, DR. CORRELL,
DR. HOFTIZER, and DR. KAPLAN,
      Defendants.

## ORDER

A review of this file discloses that defendants filed a motion for summary judgment on July 7, 2006. Court records indicate that copies of the motion and supporting brief were mailed to plaintiff on July 11, 2006. On October 2, 2006, the court granted plaintiff additional time until December 29, 2006 to file a response to defendants' motion for summary judgment. No response has been filed.

Briefing schedules are set forth in Civil L.R. 7.1 (E.D. Wis.). Parties are expected to comply with the procedures and dates specified in the rule without involvement of the court. Plaintiff is reminded that he is required to serve a copy of all submissions in this case on opposing counsel.

Court records show that plaintiff did not file any response to defendants' motion. The court will allow plaintiff to file a response to such motion on or before **February 1, 2007**. Plaintiff is hereby advised that, if he fails to file any response to defendants' motion by **February 1, 2007**, this action may be dismissed for lack of prosecution, with prejudice, pursuant to Civil L.R. 41.3 (E.D. Wis.) and Fed. R. Civ. P. 41(b).

**Therefore,**

**IT IS ORDERED** that plaintiff shall file a response to defendants' motion for summary judgment by **February 1, 2007**. Failure to file such a response may result in dismissal of this action for failure to prosecute.

Dated at Milwaukee, Wisconsin, this 13 day of January, 2007.

/s_____
LYNN ADELMAN
District Judge

2

Case 2:05-cv-01057-LA   Filed 01/16/07   Page 2 of 2   Document 26